**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| FRANCISCO ORTIZ, *et al.,* | |
| Plaintiffs, | 2:14-cv-01838-GMN-VCF |
| vs. | |
| CITY OF NORTH LAS VEGAS, *et al.,* | <u>**ORDER**</u> |
| Defendants. | |

Before the court is *Francisco Ortiz, et al., v. City of North Las Vegas, et al.*, case number 2:14-cv-01838-GMN-VCF .  On March 17, 2015, Defendants filed their Answer to the Complaint.  To date, a discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:30 p.m., May 26, 2015, in courtroom 3D.  The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 11th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE