ROBERT W. FREEMAN
Nevada Bar No. 3062
GREGORY S. BEAN
Nevada Bar No. 12694
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FRANCISCO ORTIZ, and FABIOLA NUNEZ-MAGANA<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; CHIEF CHRONISTER, individually; SGT. RANDY LASWELL, individually; AARON SNYDER, individually; SEAN MONTGOMERY, individually, WILLIAM SILVA, individually; LORAN MCALISTER, individually; ANN CAVARICCI, individually, MATTHEW FOX, individually; GIANNA CAVARICCI, individually; DWIGHT KUYKENDALL, individually;<br><br>Defendants. | CASE NO. 2:14-cv-1838-GMN -VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...

...

...

...

...

...

4842-5996-9838.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this ___ day of March, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Robert W. Freeman
Nevada Bar No. 3062
Gregory S. Bean
Nevada Bar No. 12694
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendants

DATED this ___ day of March, 2016.

_____
Francisco Ortiz
324 Snow Dome
North Las Vegas, Nevada 89031
Plaintiff in Proper Person

DATED this ___ day of March, 2016.

_____
Fabiola Nunez-Magana
324 Snow Dome
North Las Vegas, Nevada 89031
Plaintiff in Proper Person

ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2016